Brenda J. BOHANNON,
Plaintiff–Appellee,

v.

ALLSTATE INSURANCE COMPANY,
Defendant–Appellant.

W.B. DAVIS, Jr., and all other persons
similarly situated, Plaintiff–Appellee,

v.

GEORGIA FARM BUREAU MUTUAL
INSURANCE COMPANY,
Defendant–Appellant.

Mrs. Rosetta PRESCOTT, and all other
persons similarly situated,
Plaintiff–Appellee,

v.

NATIONWIDE INSURANCE COMPA-
NY, Defendant–Appellant.

Claude and Theresa NIX,
Plaintiffs–Appellees,

v.

STATE FARM FIRE AND CASUALTY
COMPANY, Defendant–Appellant.

Lester C. MAY, Jr., and all other
persons similarly situated,
Plaintiffs–Appellees,

v.

TRAVELERS INSURANCE COMPANY,
Travelers Indemnity Company and
Phoenix Insurance Company, Defend-
ants–Appellants.

Nos. 86–8432 to 86–8434, 86–8521
and 86–8593.

United States Court of Appeals,
Eleventh Circuit.

June 20, 1988.

Ronald L. Reid, Ricky Charles Silver, Nill
V. Toulme, Nill V. Toulme, Alston & Bird,
Atlanta, Ga., for Allstate Ins. Co.

John B. Long, Nixon, Yow, Waller &
Capers, Augusta, Ga., Irwin W. Stolz, Jr.,
Gambrell, Clarke, Anderson & Stolz, Atlan-
ta, Ga., for Bohannon.

Morton G. Forbes, Birney Bull, Savan-
nah, Ga., Denmark Groover, Jr., Macon,

Ga., Nill V. Toulme, Alston & Bird, Atlan-
ta, Ga., for Georgia Farm Bureau Mut. Ins.
Co.

G. Brinson Williams, Jones, Osteen,
Jones & Arnold, Hinesville, Ga., for Davis.

Stanley M. Karsman, Kenneth L. Royal,
Savannah, Ga., Nill Toulme, Atlanta, Ga.,
for Nationwide Ins. Co.

John B. Long, Nixon, Yow, Waller &
Capers, Larry I. Smith, Paine, Dalis, Smith
& McElreath, Augusta, Ga., Irwin W. Stolz,
Jr., Gambrel, Clark, Anderson, Stolz, Atlan-
ta, Ga., for Prescott.

David R. Aufdenspring, Dean S. Daskal,
Atlanta, Ga., for State Farm Fire & Cas.
Co.

David F. Walbert, Walbert & Hermann,
Kenneth Behrman, Rand & Exor, P.C., At-
lanta, Ga., for Nix.

Oliver B. Dickins, Jr., Bryan F. Dorsey,
Nill V. Toulme, Atlanta, Ga., for Travelers
Ins. Co., et al.

John B. Long, Nixon, You, Waller & Ca-
pers, Larry I. Smith, Augusta, Ga., James
M. Thompson, Savannah, Ga., for May.

Before HILL and KRAVITCH,
Circuit Judges, and TUTTLE, Senior
Circuit Judge.

PER CURIAM:

Following oral argument in these cases,
we certified the question raised to the Su-
preme Court of Georgia. *Bohannon v.
Allstate Ins. Co.*, 824 F.2d 950 (11th Cir.
1987). The Supreme Court of Georgia has
now answered the question of Georgia law
raised in this interlocutory appeal. *All-
state Ins. Co. v. Bohannon*, 258 Ga. 131,
365 S.E.2d 838 (1988).

The district court certified plaintiff
classes in these cases based upon the deter-
mination that the insurance policies in-
volved provided no-fault coverage. This
court granted leave to appeal this impor-
tant and controlling question pursuant to
28 U.S.C. § 1292(b). We certified the ques-

tion to the Supreme Court of Georgia, which has found that the named plaintiffs' policies provided no-fault coverage. The court further stated: "[a]s to all the other members of the class we cannot say, but must leave that to be resolved on a contract-by-contract basis." *Id.* 365 S.E.2d at 841 (footnote omitted). The district court's certification of the plaintiff classes relied upon the finding that the class members' policies provided no-fault coverage. In light of the Supreme Court of Georgia's contract-by-contract analysis, the nature of each potential class members' coverage must be evaluated. We therefore vacate the district court's orders certifying the plaintiff classes and remand for further consideration of the certification issue consistent with the guidance provided by the Supreme Court of Georgia.

VACATED and REMANDED.